In the Matter of Marion Cartwright Willnus, Deceased. Lisa Kyle et al., Appellants; Thomas Maguire et al., Respondents.

Submitted November 18, 2013; decided January 16, 2014

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division order that affirmed so much of Supreme Court's order denying appellants' motion to renew and dismissed appellants' appeal from so much of the same order denying appellants' motion for reargument, dismissed upon the ground that such portions of the order do not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.